UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Jacksonville _____ Division

CIVIL RIGHTS COMPLAINT FORM

David D Jefferson Jr.
2015010853

CASE NUMBER: 3:17-CV-623-J-39JRK
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

_____

_____

_____

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Duval Pretrial Detention Facility
(Indicate the name and location)
500 East Adams St. Jacksonville, FL 32202

II. EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

III. PREVIOUS LAWSUITS:

A. Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

    1. Parties to previous lawsuit:

       Plaintiff(s): _____

       _____

       Defendant(s): _____

       _____

    2. Court (if federal court, name the district; if state court, name the county):

       _____

    3. Docket Number: _____

    4. Name of judge: _____

    5. Briefly describe the facts and basis of the lawsuit: _____

       _____

       _____

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

       _____

       _____

    7. Approximate filing date: _____

    8. Approximate disposition date: _____

D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____

_____

_____

_____

_____

IV.   PARTIES: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

   A.   Name of Plaintiff: David D Jefferson Jr.

   Mailing address: Duval Pretrial Detention Facility 500 East Adams St. Jacksonville, FL 32202

   B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

   C.   Defendant: _____

   Mailing Address: _____

_____

   Position: _____

   Employed at: _____

   D.   Defendant: _____

   Mailing Address: _____

_____

DC 225 (Rev 2/2012)                                3

4

      Position:_____

      Employed at: _____

E.    Defendant: _____

      Mailing Address: _____

_____

      Position: _____

      Employed at: _____

F.    Defendant: _____

      Mailing Address: _____

_____

      Position: _____

      Employed at: _____

G.    Defendant: _____

      Mailing Address: _____

_____

      Position: _____

      Employed at: _____

V.  STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

I was not in need to go to the Hosptial I was compentent already. I passed the test twice. And was order to still go to the Hosptial. When I didn't need it.

VI. STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1. David D Jefferson Jr.

2. 08-26-15

3. From Jacksonville County Jail to Florida State Hosptial.

4. I left from one place to another place not under my will.

5. When I wasn't in need to do such a thing. And I waited to leave the Hosptial for a year and six months. Not leaving until month seven with one year. My injury is that I mentally messed up from my waiting for one year & seven months.

AND I would like to lawsuit for $250,000 Accounted to me. On the Jail the Coorthouse who every is the correct place to sue for making me leave when I didn't need too.

VII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I want the court to pay me for my time at the Hosptial

for messing up my head. Please AND thank you So write me Back AND let me Know my court DAte.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 26 day of MAY, 2017.

*Damid Jefferson Jr.*

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 27 day of MAY, 20 17.

DC 225 (Rev 2/2012)                         7